IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SARY SIM,

    Petitioner,

v.                                                                         CASE NO. 4:05-cv-00394-MP-AK

MICHAEL CHERTOFF,
DEPARTMENT OF HOMELAND SECURITY,
ALBERTO GONZALES,
DAVID HARVEY,
MICHAEL ROZOS,

    Respondents.
_____/

**REPORT AND RECOMMENDATION**

By prior order, Petitioner was ordered to show cause why the undersigned should not recommend dismissal of this matter for failure to prosecute after his mail was repeatedly returned as undeliverable. Doc. 6. The order to show cause has now been returned as unauthorized, and the Clerk has exhausted all reasonable avenues for locating Petitioner. Petitioner has apparently lost interest in pursuing this matter, and thus, the Court has no hesitation in recommending dismissal.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**IN CHAMBERS** at Gainesville, Florida, this **8th** day of December, 2005.

                                                  **s/ A. KORNBLUM**
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.