IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SARY SIM,

    Petitioner,

v.                                                            CASE NO. 4:05-cv-00394-MP-AK

MICHAEL CHERTOFF, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendations of the Magistrate Judge, recommending that this cause be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Objections to Report and Recommendation were due by January 5, 2006, but none were filed. Since the filing of his initial complaint, petitioner has not corresponded with the Court in any way, and mail to the petitioner has been returned to the Court because petitioner is no longer located at the address he initially submitted. A litigant has a responsibility to keep the Court apprised of his proper address and to diligently prosecute his case. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *10th*  day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge